IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


DARRYL D. RIGGINS, AIS #184051, :

    Plaintiff,             :

vs.                     : CIVIL ACTION 12-0578-WS-M

CORIZON MEDICAL SERVICES,  :
*et al.,*
                     :
    Defendants.


<u>ORDER</u>


    After due and proper consideration of all portions of this
file deemed relevant to the issues raised, and a *de novo*
determination of those portions of the Report and Recommendation
to which objection is made, the Report and Recommendation of the
Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED
as the opinion of this Court.  It is ORDERED that this action be
and is hereby DISMISSED without prejudice pursuant to 28 U.S.C.
§ 1915(g).

    DONE this 9th day of November, 2012.


                        s/WILLIAM H. STEELE
                        CHIEF UNITED STATES DISTRICT JUDGE