IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


DARRYL D. RIGGINS, AIS #184051, :

    Plaintiff,               :

vs.                          : CIVIL ACTION 12-0578-WS-M

CORIZON MEDICAL SERVICES,    :
*et al.,*

                          :

    Defendants.


ORDER


    After due and proper consideration of all portions of this

file deemed relevant to the issues raised, and a *de novo*

determination of those portions of the Report and Recommendation

to which objection is made, the Report and Recommendation of the

Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED

as the opinion of this Court.  It is ORDERED that this action be

and is hereby DISMISSED without prejudice pursuant to 28 U.S.C.

§ 1915(g).

    DONE this 9th day of November, 2012.


                        s/WILLIAM H. STEELE
                        CHIEF UNITED STATES DISTRICT JUDGE