IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


DARRYL D. RIGGINS, AIS #184051, :

    Plaintiff,              :

vs.                     : CIVIL ACTION 12-0578-WS-M

CORIZON MEDICAL SERVICES,  :
*et al.,*
                     :
    Defendants.


<u>JUDGMENT</u>


    It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

    DONE this 9th day of November, 2012.


                    s/WILLIAM H. STEELE
                    CHIEF UNITED STATES DISTRICT JUDGE