```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

DARRYL D. RIGGINS, AIS #184051,  :

    Plaintiff,                   :

vs.                              : CIVIL ACTION 12-0578-WS-M

CORIZON MEDICAL SERVICES,        :
*et al.*,
                                    :

    Defendants.


## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 9th day of November, 2012.

                                                    s/WILLIAM H. STEELE
                                                    CHIEF UNITED STATES DISTRICT JUDGE